STATE of Missouri, Respondent,

v.

Larry L. GILMORE a/k/a Larry L. Patton, Appellant.

No. WD 34126.

Missouri Court of Appeals, Western District.

Aug. 9, 1983.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

ORDER

PER CURIAM:

This is a direct appeal from jury conviction for rape, in violation § 566.030, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.

■

Jewell DONAHUE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34137.

Missouri Court of Appeals, Western District.

Aug. 9, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

ORDER

PER CURIAM:

Direct appeal from denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).